IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 96-mj-01909

UNITED STATES OF AMERICA,

    Plaintiff,

v.

VERONICA BOONE

    Defendant.

---

## MINUTE ORDER

---

Pursuant to the directions of                                          Nel Steffens, Deputy Clerk
Magistrate Judge Craig B.Shaffer                                      June 5, 2006

It is hereby ordered that (#69) *Motion to Dismiss Writ of Garnishment* directed to Valero Services is **GRANTED.**